No. 10–6876.  Ross *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 10–6877.  SANCHEZ-REBOLLAR *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 10–6882.  SHEPPARD *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 10–6884.  SANCHEZ *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 10–6896.  RICHARDSON *v.* UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 10–6898.  SALAZAR-AGUNDES *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 10–6899.  BELL *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 10–6901.  STEPHENS *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 10–6904.  HALL-DITCHFIELD *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 10–6906.  GINGLEN *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 10–6909.  GUTIERREZ *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 10–6910.  FARROW *v.* JOHNS, WARDEN.  C. A. 4th Cir.  Certiorari denied.

No. 10–6917.  HUGHES *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 10–6922.  YOUNG *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 10–6925.  WHISNANT *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 10–6926.  AVILA-ANGUIANO *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.